12-37063-cgm    Doc 53    Filed 06/29/17    Entered 06/29/17 16:34:30    Main Document
Pg 1 of 3

**Teitelbaum Law Group, LLC**
*Attorneys for Caliber Home Loans, Inc.,*
*as servicer for The Bank of New York*
*Mellon, as Trustee for CIT Mortgage*
*Loan Trust 2007-1*
1 Barker Avenue, Third Floor
White Plains, New York 10601
Tel: (914) 437-7670
Email: jteitelbaum@tblawllp.com
Jay Teitelbaum, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                :
In re                                                           :    Chapter 13
                                                                :
KIMBERLY ANNE WARREN,                                           :    Case No. 12-37063
a/k/a KIMBERLY FLYNN,                                           :
a/k/a KIMBERLY DUCKER,                                          :
                                                                :
                        Debtor.                                 :
-------------------------------------------------------------X

### NOTICE OF APPEARANCE, REQUEST FOR
### SERVICE OF PAPERS AND RESERVATION OF RIGHTS,
### AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Caliber Home Loans, Inc., as servicer for The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1 ("**Caliber**"), and pursuant to all applicable Rules of Bankruptcy Procedure and provisions of the Bankruptcy Code, requests that all notices given or required in this case or any related proceeding, and all disclosure statements and plans, and all other papers served in this case and any related proceeding, be given to and served upon:

>Jay Teitelbaum, Esq.
>Teitelbaum Law Group, LLC
>1 Barker Avenue, 3rd Floor
>White Plains, New York 10601
>Telephone No.: (914) 437-7670
>Telecopier No.: (914) 437-7672
>E-Mail: jteitelbaum@tblawllp.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, electronically, or otherwise, which affect the Debtor or property of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Caliber may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that Teitelbaum Law Group, LLC, with an address at 1 Barker Avenue, 3rd Floor, White Plains, New York 10601, Tel. No. (914) 437-7670, Email: jteitelbaum@tblawllp.com, is hereby substituted as attorneys of record for Caliber in the above captioned proceeding, in place and stead of Rosicki, Rosicki & Associates, P.C.

[SIGNATURE PAGE TO FOLLOW]

Dated: _____June 29_, 2017

**TEITELBAUM LAW GROUP, LLC**
*Attorneys for Caliber Home Loans, Inc., as servicer for The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1*

By: /s/ Jay Teitelbaum
    Jay Teitelbaum, Esq.
    1 Barker Avenue, Third Floor
    White Plains, New York 10601
    Tel: (914) 437-7670
    Email: jteitelbaum@tblawllp.com


Dated: _____June 29_, 2017

**ROSICKI, ROSICKI & ASSOCIATES, P.C.**

By: _____
Andrew Goldberg, Esq.
51 E. Bethpage Road
Plainview, New York 11803
Tel: (516) 741-2585
Email: ECFNotice@Rosicki.com