# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**355 Main Street**
**Poughkeepsie, NY 12601**

---

IN RE: Kimberly Anne Warren                                     CASE NO.: 12−37063−cgm

aka   Kimberly Flynn
aka   Kimberly
      Ducker

Social Security/Taxpayer ID/Employer ID/Other Nos.:           CHAPTER:  13
xxx−xx−2176

---

## ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Jeffrey L. Sapir−13 is discharged as trustee of the estate and the chapter 13 case of the above named debtor(s) is closed.

Dated: January 22, 2018

                                        Cecelia G. Morris, Bankruptcy Judge